AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-CV-34-MTT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ACN Family Inc. Registered Agent
was received by me on *(date)* 2-26-16 . Nashat Hassan

☒ I personally served the summons on the individual at *(place)* 2275 Boulder View
Ct. Marietta, Ga. 30062 on *(date)* 2-28-16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 650.00 .

I declare under penalty of perjury that this information is true.

Date: 3-1-16

*Tammie Bruhn*
Server's signature

Tammie Bruhn  Ga. Certified
Printed name and title  Process Server

1361 Hearthstone Way NW
Server's address
Acworth, Ga. 30102

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| TABITHA ARNOLD<br><br>*Plaintiff(s)*<br>v.<br>ACN FAMILY, INC. and<br>NASHAT A. HASSAN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:16-CV-34-MTT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACN FAMILY, INC.
Registered Agent: NASHAT HASSAN
2275 Boulder View Court
Marietta, GA 30062


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Loren
100 S. Pine Island Rd. - Suite 132
Plantation, FL 33324


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _____01/25/2016_____          s/ C. Alston
                                        *Signature of Clerk or Deputy Clerk*