**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **TABITHA ARNOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. 5:16-CV-34 (MTT) |
| | ) |
| **ACN FAMILY, INC. and** | ) |
| **NASHAT A. HASSAN,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

The Plaintiff filed this action to recover unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (Doc. 1). The Defendants filed an answer, denying that they violated the FLSA. (Doc. 7). The parties engaged in discovery and moved the Court to approve a settlement agreement and release. (Doc. 10). The Court has reviewed the settlement agreement and release.

Paragraph 7 states that the Superior Court of Baldwin County "shall have sole and exclusive jurisdiction over any dispute and/or controversy arising out of or relating to this Agreement." (Doc. 10-1 at 2). However, in paragraph 4 of the parties' proposed order, the parties request this Court to "retain[] jurisdiction to enforce the terms of the Settlement Agreement and Release upon motion of either party." (Doc. 10-2 at 1-2). Both parties have since informed the Court that this Court should have jurisdiction. Therefore, the language in paragraph 7 "The Superior Court for and within Baldwin County, Georgia" is replaced with "The United States District Court for the Middle District of Georgia."

- 2 -

With regarding to the other portions of the settlement agreement and release, the Court finds that the attorney's fees are reasonable and that the settlement proposed "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).  Accordingly, the motion (Doc. 10) is **GRANTED**.  The Plaintiff's claims are **DISMISSED with prejudice.**

**SO ORDERED**, this 20th day of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT